January 23, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

HOUSTON BELT & TERMINAL RAILWAY COMPANY, BNSF RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY, Appellants

NO. 14-13-00273-CV                              v.

THE CITY OF HOUSTON, TEXAS, AND DANIEL KRUEGER, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF PUBLIC WORKS AND ENGINEERING, Appellees

_____

This cause, an accelerated appeal from the order partially sustaining the plea to the jurisdiction filed by appellees the City of Houston, Texas, and Daniel Krueger, in his official capacity as Director of Public Works and Engineering, signed March 11, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the order of the trial court below **REVERSED in part**, as to the sustaining of the plea on appellants' claims that Krueger acted in an ultra vires manner by imposing drainage charges on their non-"benefitted properties," and **AFFIRMED in part**, as to the sustaining of the plea on appellants' claims that Krueger acted in an ultra vires manner when determining the impervious square footage of their properties subject to drainage charges, and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.